RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/21/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| GARY J. ROGERS | DOCKET NO. 11-CV-913; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| UNKNOWN DEFENDANT, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 21st day of September, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE